U.S.C.A. appellant was found guilty on the first count of the indictment charging possession and custody of an unregistered still, and not guilty on the remaining three counts. He is here insisting that circumstances relied on to convict him are not sufficient, within the rule laid down in Kassin v. United States, 5 Cir., 87 F.2d 183, Sutton v. United States, 5 Cir., 131 F.2d 108, and other similar cases.

Agreeing fully with appellant's legal contention, we disagree that the circumstances are insufficient to satisfy the rule.

The district judge, of the opinion that the evidence, circumstantial though it was, made out a case for the jury, denied defendant's motion for a directed verdict and sent the case to the jury in a charge, to which no exception was taken.

A careful examination of the record convinces us that the district judge did not err in denying the motion for an instructed verdict. The judgment is, therefore,

Affirmed.

Wesley R. Asinof, Atlanta, Georgia, E. C. Brannon, Gainesville, Georgia, for appellant.

Lamar N. Smith, Asst. U. S. Atty., Atlanta, Georgia, J. Ellis Mundy, U. S. Atty., Atlanta, Georgia, for appellee.

Before HUTCHESON, HOLMES and SIBLEY, Circuit Judges.

PER CURIAM.

Appellant was convicted on two counts of an indictment charging violations of the Internal Revenue Code. He is here claiming reversible error in respect to the admission of evidence as to which no objection was made and no exception taken. The record standing thus, unless it is made to appear that the admission was an error of such magnitude as to deprive him of substantial justice, appellant may not now complain of it. It is quite clear that it was not and that the judgment should be

Affirmed.

**LAW v. UNITED STATES.**

No. 12639.

United States Court of Appeals
Fifth Circuit.

Oct. 28, 1949.

37 C.C.P.A.(Patents)
**Application of DANIELS.**

Patent Appeal No. 5617.

United States Court of Customs
and Patent Appeals.

Argued May 9, 1949.

Decided Sept. 30, 1949.

